UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

| | |
|---|---|
| United Rentals Highway Technologies, Inc. and Republic Insurance Co., | Court File No. 07-CV-1443 PAM/RLE |
| Plaintiffs, | |
| v. | **ORDER** |
| Hoover Construction Company, B Nelson Transport, Carolina Casualty Insurance Company, and Great West Casualty Company, and Harold Ersbo, | |
| Defendants. | |

---

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 18, 2010					BY THE COURT

						s/Paul A. Magnuson
						Paul A. Magnuson, Judge
						United States District Court